IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA MAE HERKSHAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-536 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| ACTING COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION ON ATTORNEY'S FEES

Having reviewed the Magistrate Judge's Memorandum and Recommendation on Attorney's Fees (Docket Entry No. 19) dated June 10, 2019,[1] the court is of the opinion that said Memorandum and Recommendation on Attorney's Fees should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation on Attorney's Fees is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this **27th** day of June, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation on Attorney's Fees.